UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHEVRON MIDSTREAM PIPELINES, LLC, ET AL. | CIVIL ACTION |
| VERSUS | NO: 13-2809 c/w 13-3197 |
| SETTOON TOWING, LLC, ET AL. | SECTION: "A" (5) |

The Court has been advised that the above captioned matter has settled. United States Magistrate Judge Michael B. North and counsel are thanked for their assistance.

May 7, 2015

_____
UNITED STATES DISTRICT JUDGE

NEF: Magistrate Judge North