MINUTE ENTRY
NORTH, M.J.
MAY 7, 2015

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHEVRON MIDSTREAM PIPELINES LLC, ET AL. | CIVIL ACTION |
| VERSUS | NUMBER: 13-2809 c/w 13-3197 |
| SETTOON TOWING LLC, ET AL. | SECTION: "A"(5) |

A settlement conference was conducted on this date before the undersigned Magistrate Judge.

PRESENT:   Chuck Bourque          Darryl Higgins
           Joe Waitz, Jr.         Frank Liantonio
           Joe Waitz, III

Negotiations were successful and resulted in the resolution of the remainder of the Breaux Plaintiffs' claims. The Court thanks counsel and the parties for their efforts in bringing this matter to an amicable resolution.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HONORABLE JAY C. ZAINEY

MJSTAR (02:30)