UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHEVRON MIDSTREAM PIPELINES LLC | * | CIVIL ACTION |
| AND CHEVRON PIPELINE COMPANY | * | NO. 2:13-CV-02809-JCZ-MLB |
| | * | |
| VERSUS | * | JUDGE: JAY C. ZAINEY |
| | * | |
| SETTOON TOWING LLC, A DELAWARE | * | MAG: MICHAEL B. NORTH |
| LIMITED LIABILITY COMPANY, et al | * | |
| | * | |

CONSOLIDATED WITH

| | | |
|---|---|---|
| | * | |
| IN RE: THE MATTER OF SETTOON | * | CIVIL ACTION |
| TOWING, L.L.C., AS OWNER AND | * | NO. 2:13-CV-03197-JCZ-MLB |
| OPERATOR OF THE M/V SHANON E. | * | |
| SETTOON AND THE BARGE SMI-572, | * | JUDGE: JAY C. ZAINEY |
| PRAYING FOR EXONERATION FROM OR | * | |
| LIMITATION OF LIABILITY | * | MAG: MICHAEL B. NORTH |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**<u>ORDER NOTING DEFAULT</u>**

Whereas, on May 22, 2013 (Rec. Doc. No. 4) the Court having duly issued monition against all persons claiming damages for any and all loss, damage or injury caused by or resulting from the accident alleged to have occurred on or about March 12, 2013, as set forth in the Settoon Towing LLC's ("Settoon") Complaint For Exoneration From or Limitation of Liability ("Complaint") (R.Doc. 1, Civ. Action No. 2:13-cv-03197), and requiring all persons to make proof of their respective claims on or before November 22, 2013, at the office of the Clerk of Court at the United States Courthouse, C151 Hale Boggs Federal Bldg., 500 Poydras Street, New Orleans, LA 70130, subject to the right of any person interested to question or controvert the same, and publication of said motion having been duly given as required by the rules and

practice of this Court, all of which appears by the pleadings filed herein, wherein it appears from the record of this Court that the following parties have submitted and presented claims in this consolidated litigation:

(1) Leroy Gilling, through his attorney, Frank Spagnoletti, has filed an answer and claim in this consolidated matter.

(2) Chevron Midstream Pipelines LLC and Chevron Pipe Line Company, through their attorney, David W. Leefe, Esq., have filed an answer and claim in this consolidated matter.

(3) Shantel Terrio Breaux, through her attorney, Charles Bourque, Shantel Terrio Breaux has filed an answer and claim in this matter.

(4) Venice Energy Services Company, through their attorney, Harold J. Flanagan, Venice Energy Services Company has filed an answer and claim in this consolidated matter.

(5) Chad James Breaux, Jr.., Macy Renee Breaux, Shirley Dehart, Brady Breaux, through their attorney, Joseph Lee Waitz, Jr. have filed an Answer and claim in this consolidated matter.

(6) Vernon Whittington, through his attorney, Martin S. Triche, has filed an answer and claim in this consolidated matter.

(7) Houston Specialty Insurance Company, MMX Cathedral, Zurich American Insurance Company, Swiss Resinsurance Company, Associated Electrical & Gas Insurance Services, LTD, Houston Casualty Company (UK Branch), Ironshore Insurance Company, Certain Underwriters at Lloyd's London through their attorney of record , Jake P. Skaggs, has filed a complaint in intervention in this consolidated matter.

(8) PMP Production Services, LLC, through their attorney of record, T. Justin Simpson, has filed answers and cross claims in this consolidated matter.

(9) Texas Petroleum Investment Company, through their attorney of record, Ben L. Mayeaux, has filed an answer and cross claim in this consolidated matter.

(10) Louisiana Delta Oil Company, through their attorney of record, John J. Danna, has filed answers and cross claims in this consolidated matter.

And it also appearing that the due proclamation was made for all persons having or claiming damage for any and all loss, damage and injury, arising out of said accident, and on return of said monition to appear and answer the complaint herein and present their claim, that no other persons or corporations, other than those listed above, have appeared nor have filed an answer or claim in this matter pursuant to the rules.

NOW, ON MOTION of counsel for Plaintiff-in-Limitation,

IT IS HEREBY ORDERED that the default of all persons and/or entities claiming damages for any loss, damage, injury, or destruction occasioned by or resulting from the incident described in the Complaint occurring on or about March 12, 2013 involving the M/V Shanon Settoon and the Barge SMI-572, who have not heretofore filed or served on counsel for Petitioners both their Claims and Answers herein or secured an order for an extension of time to file and serve their Claims and Answers, be and the same are hereby noted, and that the said persons and/or entities in default are hereby barred from filing and serving any Claims and Answers in this action.

New Orleans, Louisiana, this 29th day of _____ May _____, 2015.

_____
UNITED STATES DISTRICT JUDGE