UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHEVRON MIDSTREAM PIPELINES LLC AND CHEVRON PIPE LINE COMPANY<br><br>VS.<br><br>SETTOON TOWING LLC, A DELAWARE LIMITED LIABILITY COMPANY, AND VERNON G. WHITTINGTON, *IN PERSONAM*; M/V SHANON E. SETTOON AND BARGE SMI 572, THEIR ENGINES, TACKLE, EQUIPMENT AND FURNISHINGS, *IN REM* | Civil Action No. 13-2809<br>c/w 13-3197<br><br>Applies to All Cases<br><br>Section "A"<br><br>Magistrate 5<br><br>Honorable Jay C. Zainey<br><br>Magistrate Michael B. North |

**MOTION FOR EXPEDITED CONSIDERATION OF MOTION TO EXTEND DURATION OF ORDER OF DISMISSAL**

Chevron Midstream Pipelines LLC, Chevron Pipeline Company, and Chevron USA, Inc. (collectively "Chevron"), Shantel Terrio Breaux, individually and on behalf of the Estate of Chad James Breaux ("Breaux"), Venice Energy Services Company LLC ("VESCO"), Texas Petroleum Investment Company ("TPIC"), PMP Production Services, LLC ("PMP"), and Louisiana Delta Oil Company ("LADOC") (collectively, "Movants") respectfully move this Honorable Court to consider their recently filed *Motion to Extend Duration of Order of Dismissal* for expedited consideration.

The Order of Dismissal signed by this Court on May 7, 2015 expires on July 6, 2015. The parties have had difficulty documenting and consummating the settlement agreement, and as a result, Movants have filed a motion seeking to extend the duration of the Order of Dismissal an additional sixty (60) days. Movants seek expedited consideration of their *Motion to Extend*

*Duration of Order of Dismissal* so that the court may address the motion prior to the expiration of the Order of Dismissal.

WHEREFORE, Chevron Midstream Pipelines LLC, Chevron Pipeline Company, Chevron USA, Inc., Shantel Terrio Breaux, individually and on behalf of the Estate of Chad James Breaux, Venice Energy Services Company LLC, Texas Petroleum Investment Company, PMP Production Services, LLC, and Louisiana Delta Oil Company pray the Court grant their Motion and consider their *Motion to Extend Duration of Order of Dismissal* on an expedited basis.

                                              Respectfully submitted,

                                              /s/ Eric J. Mayer
                                              Eric J. Mayer (14184)
                                              emayer@susmangodrey.com
                                              Robert Rivera, Jr. (*pro hac vice*)
                                              rrivera@susmangodfrey.com
                                              Erica Harris (*pro hac vice*)
                                              eharris@susmangodfrey.com
                                              Tamar Lustig (*pro hac vice*)
                                              tlustig@susmangodfrey.com
                                              Laranda Walker (31266)
                                              lwalker@susmangodfrey.com
                                              SUSMAN GODFREY L.L.P.
                                              1000 Louisiana Street, Suite 5100
                                              Houston, Texas 77002-5096
                                              Telephone: (713) 651-9366
                                              Fax: (713) 654-6666

                                              Attorney-in-Charge for Plaintiffs


                                              Donald R. Abaunza (Bar #2273)
                                              David W. Leefe, T.A. (Bar #1479)
                                              Raymond T. Waid (Bar #31351)
                                              Devin C. Reid (Bar #32645)
                                              LISKOW & LEWIS
                                              One Shell Square

701 Poydras St., Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Fax: (504) 556-4018
drabaunza@liskow.com
dwleefe@liskow.com
rwaid@liskow.com
dcreid@liskow.com

*Attorneys for Chevron Midstream Pipelines LLC, Chevron Pipe Line Company, and Chevron U.S.A. Inc.*


  /s/ Charles Clarence Bourque, Jr.
Charles Clarence Bourque, Jr.
Joseph Jevic III
St. Martin & Bourque
4084 Highway 311
P.O. Box 2017
Houma, LA 70361-2017

*Attorneys for Shantel Terrio Breaux*

  /s/ Harold J. Flanagan
Sean Patrick Brady
Harold J. Flanagan
Anders F. Holmgren
Flanagan Partners, LLP
201 St. Charles Avenue, Ste. 2405
New Orleans, LA 70170

*Attorneys for Venice Energy Services Company LLC*


  /s/ Kevin P. Merchant
Frank X. Neuner
Ben L. Mayeaux
Kevin P. Merchant
Carolyn C. Cole
Neuner Pate
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503

*Attorneys for Texas Petroleum Investment Company*

　/s/ Justin Simpson_____
T. Justin Simpson
Cory T. Stuart
Larzelere Picou Wells Simpson Lonero, LLC
Two Lakeway Center - Suite 1100
3850 N. Causeway Blvd.
Metairie, Louisiana 70002

*Attorneys for PMP Production Services, LLC*

　/s/ Daryl A. Higgins_____
Daryl A. Higgins, T.A.
Michael D. Peytavin
John J. Danna, Jr.
Gaudry, Ranson, Higgins & Gremillion, L.L.C.
Oakwood Corporate Center
401 Whitney Avenue, Suite 500
Gretna, Louisiana 70056

*Attorneys for Louisiana Delta Oil Company*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served on the following counsel of record, this 29th day of June, 2015, via the court's CM/ECF electronic system.

　/s/ Eric J. Mayer_____